## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHANNON PRICE, Individually and on Behalf of All Others Similarly Situated and On Behalf of the EATON VANCE PROFIT SHARING AND SAVINGS PLAN, <br><br>  Plaintiff, <br><br> vs. <br><br> EATON VANCE CORPORATION, EATON VANCE MANAGEMENT, EATON VANCE INVESTMENT COMMITTEE, and DOES 1-30, inclusive, <br><br>  Defendants. | Civil Action No. 18-12098-WGY |

## JOINT MOTION TO VACATE HEARING ON MOTION TO DISMISS AND NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff Shannon Price, individually and on behalf of all others similarly situated and on behalf of the Eaton Vance Profit Sharing and Savings Plan ("Plaintiff"), and Defendants Eaton Vance Corp., Eaton Vance Management, Eaton Vance Investment Committee, and Does 1-30 ("Defendants"), notify the Court that they have reached an agreement in principle to settle this action on a class-wide basis and hereby request that the Court vacate the hearing now on the calendar for Defendants' Motion to Dismiss For Failure to State A Claim Counts VII, VIII, and IX of the Complaint, currently set for March 25, 2019 at 2:00 pm at the Boston University Law School, and stay further proceedings in this action pending the parties' submission of a motion for preliminary approval of the anticipated class settlement.

In support of this motion, the parties state:

1. The parties have reached an agreement in principle to settle this action on a class-wide basis.

1

2. The parties will work diligently to prepare and submit a motion for preliminary approval of the anticipated class settlement.

3. In the event that the parties are unable to reach a final agreement to settle this action, they will promptly notify the Court.

4. The parties request that the Court vacate the date now on the calendar for the March 25, 2019 Hearing on Motion to Dismiss For Failure to State A Claim Counts VII, VIII, and IX of the Complaint, and stay further proceedings in this action pending the parties' submission of a motion for preliminary approval of the anticipated class settlement. The parties anticipate that they will be in a position to make that submission to the Court within 45 days.

WHEREFORE, the parties jointly notify the Court of their agreement in principle to settle this action and request that the Court vacate all dates and deadlines now on the calendar, including the March 25, 2019 Hearing on Motion to Dismiss For Failure to State A Claim Counts VII, VIII, and IX of the Complaint, and stay further proceedings in this action pending the parties' submission of a motion for preliminary approval of the anticipated class settlement.

/s/ James R. Carroll
James R. Carroll (BBO #554426)
Eben P. Colby (BBO #651456)
Michael S. Hines (BBO #653943)
Sarah L. Rosenbluth (BBO #687498)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
eben.colby@skadden.com
michael.hines@skadden.com
sarah.rosenbluth@skadden.com

/s/ Charles H. Field
*Charles H. Field
SANFORD HEISLER SHARP, LLP
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: 619.577.4252
Facsimile: 619.577.4250
cfield@sanfordheisler.com

Andrew Miller (MA Bar # 682496)
SANFORD HEISLER SHARP, LLP
1666 Connecticut Avenue NW, Suite 300
Washington, DC 20009
Telephone: (202) 499-5200

Counsel for Defendants
Eaton Vance Corp., Eaton Vance Management, Eaton Vance Investment Committee, and Does 1-30

Facsimile: (202) 499-5199
amiller@sanfordheisler.com

*David Sanford
*David Tracey
*Meredith Firetog
SANFORD HEISLER SHARP, LLP
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Phone: (646) 402-5650
Facsimile: (646) 402-5651
dtracey@sanfordheisler.com
dsanford@sanfordheisler.com
mfiretog@sanfordheisler.com

*  *Admitted pro hac vice*

Counsel for Plaintiff
Shannon Price, Individually and On Behalf of All Others Similarly Situated and On Behalf of the Eaton Vance Profit Sharing and Savings Plan