**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SHANNON PRICE, Individually and on Behalf of All Others Similarly Situated and On Behalf of the EATON VANCE PROFIT SHARING AND SAVINGS PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>EATON VANCE CORPORATION, EATON VANCE MANAGEMENT, EATON VANCE INVESTMENT COMMITTEE, and DOES 1-30, inclusive,<br><br>Defendants. | Civil Action No. 18-12098-WGY |

## <u>PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT</u>

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiff Shannon Price ("Plaintiff"), now moves the Court to enter an order preliminarily approving the Class Action Settlement reached by the parties to resolve the claims of Plaintiff and the proposed Settlement Class.

In support of this motion, Plaintiff relies upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for Entry of Preliminary Approval Order; the Declarations of counsel David Sanford and Charles Field and Plaintiff in Support of Plaintiff's Unopposed Motion for Preliminary Approval Order; the Class Action Settlement Agreement; and all other records, pleadings, and papers on file in this action.

Plaintiff respectfully requests that the Court enter an order:

1. Granting preliminary approval of the settlement;

2. Certifying the settlement class;

3. Enjoining settlement class members from pursuing any claims that arise out of or relate in any way to the claims at issue in this action pending final approval of the settlement;

4. Appointing Sanford Heisler Sharp LLP as Class Counsel;

5. Directing notice to settlement class members and approving the plan and the form of notice;

6. Appointing Analytics LLC as Settlement Administrator and Escrow Agent;

7. Scheduling a Fairness Hearing; and

8. Scheduling a hearing on Class Counsel's motion for fees and costs and the payment of service awards to the Named Plaintiff.

Dated: May 6, 2019

Respectfully submitted,

/s/ Andrew H. Miller

Andrew H. Miller (MA Bar # 682496)
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5200
Facsimile: (202) 499-5199
amiller@sanfordheisler.com

*Charles Field
**SANFORD HEISLER SHARP, LLP**
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 577-4242
Facsimile: (619) 577-4250
cfield@sanfordheisler.com

*David Sanford
*David Tracey
*Meredith Firetog

3

**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Phone: (646) 402-5650
Facsimile: (646) 402-5651
dtracey@sanfordheisler.com
dsanford@sanfordheisler.com
mfiretog@sanfordheisler.com
*Admitted pro hac vice*

*Attorneys for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2019, a true and correct copy of the foregoing was served via the Court's electronic filing system, which all counsel of record registered as District of Massachusetts CM/ECF users will receive via electronic notification.

                                                    s/ Andrew H. Miller

                                                    Andrew H. Miller