**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SHANNON PRICE, Individually and on Behalf of All Others Similarly Situated and On Behalf of the EATON VANCE PROFIT SHARING AND SAVINGS PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>EATON VANCE CORPORATION, EATON VANCE MANAGEMENT, EATON VANCE INVESTMENT COMMITTEE, and DOES 1-30, inclusive,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 18-12098-WGY |

## PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARD

**PLEASE TAKE NOTICE** that Plaintiff Shannon Price ("Plaintiff") hereby moves the Court for an order granting her Motion for Attorneys' Fees, Costs, and Service Award.

In support of this motion, Plaintiff relies upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for Attorneys' Fees, Costs, and Service Award; the Declaration of counsel Charles Field; and all other records, pleadings, and papers on file in this action.

Respectfully submitted this 6th day of August 2019

Dated: August 6, 2019

Respectfully submitted,

/s/ Andrew H. Miller

Andrew H. Miller (MA Bar # 682496)
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003

Telephone: (202) 499-5200
Facsimile: (202) 499-5199
amiller@sanfordheisler.com

*Charles Field
**SANFORD HEISLER SHARP, LLP**
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 577-4242
Facsimile: (619) 577-4250
cfield@sanfordheisler.com

*David Sanford
*David Tracey
*Meredith Firetog
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Phone: (646) 402-5650
Facsimile: (646) 402-5651
dtracey@sanfordheisler.com
dsanford@sanfordheisler.com
mfiretog@sanfordheisler.com
* *Admitted pro hac vice*

*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2019, a true and correct copy of the foregoing was served via the Court's electronic filing system, which all counsel of record registered as District of Massachusetts CM/ECF users will receive via electronic notification.

s/ Andrew H. Miller

Andrew H. Miller