**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SHANNON PRICE, Individually and on Behalf of All Others Similarly Situated and On Behalf of the EATON VANCE PROFIT SHARING AND SAVINGS PLAN,<br><br>                    Plaintiff,<br><br>    vs.<br><br>EATON VANCE CORPORATION, EATON VANCE MANAGEMENT, EATON VANCE INVESTMENT COMMITTEE, and DOES 1-30, inclusive,<br><br>                    Defendants. | )<br>)<br>)<br>) Civil Action No. 18-12098-WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE** that Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiff Shannon Price ("Plaintiff"), now moves the Court for an Order Granting her Motion for Final Approval of the Class Action Settlement reached by the parties to resolve the claims of Plaintiff and the proposed Settlement Class.

In support of this motion, Plaintiff relies upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for Final Approval; the Declaration of counsel Charles Field, along with all exhibits thereto; the Declaration of Christopher Amundson on behalf of the Settlement Administrator, Analytics LLC, and the exhibit thereto; and all other records, pleadings, and papers on file in this action.

Dated: September 9, 2019

          Respectfully submitted,

          ___/s/ Charles Field_____

*Charles Field
**SANFORD HEISLER SHARP, LLP**
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 577-4252
Facsimile: (619) 577-4250
cfield@sanfordheisler.com

Andrew H. Miller (MA Bar # 682496)
*Paul Blankenstein
**SANFORD HEISLER SHARP, LLP**
1666 Connecticut Avenue NW, Suite 300
Washington, DC 20009
Telephone: (202) 499-5200
Facsimile: (202) 499-5199
amiller@sanfordheisler.com

*David Sanford
*David Tracey
*Meredith Firetog
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Phone: (646) 402-5650
Facsimile: (646) 402-5651
dtracey@sanfordheisler.com
dsanford@sanfordheisler.com
mfiretog@sanfordheisler.com
* *Admitted pro hac vice*

*Attorneys for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 9, 2019, a true and correct copy of the foregoing was served via the Court's electronic filing system, which all counsel of record registered as District of Massachusetts CM/ECF users will receive via electronic notification.

                                                    /s/ Charles Field

                                                      Charles Field