IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHANNON PRICE, Individually and on Behalf of All Others Similarly Situated and On Behalf of the EATON VANCE PROFIT SHARING AND SAVINGS PLAN,<br><br>    Plaintiffs,<br><br>v.<br><br>EATON VANCE CORPORATION, EATON VANCE MANAGEMENT, EATON VANCE INVESTMENT COMMITTEE, and DOES 1-30, inclusive.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No: 18-12098-WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF ANALYTICS REGARDING TIMELY DISTRIBUTION OF SETTLEMENT ALLOCATIONS TO CLASS MEMBERS

I, Christopher D. Amundson, declares as follow:

1. I have personal knowledge of the facts and opinions set forth herein, and I believe them to be true and correct to the best of my knowledge. If called to do so, I would testify consistent with the sworn testimony set forth in this Declaration. Under penalty of perjury, I state as follows:

2. I am a Project Manager at Analytics Consulting LLC ("Analytics").

3. This Declaration has been prepared and executed to supplement my prior Declaration dated September 5, 2019.

4. As of the date of this Declaration Analytics has completed the distribution of Settlements to all 2,898 Class Members per the Plan of Allocation as follows: 2,144 Current Participant Settlements were deposited into each Class Member's existing plan account, 667 Former Participant Class Members were sent Settlement checks payable to themselves, 87 Former Participant Class Members were sent Settlement Rollover checks payable to their elected Rollover eligible plan.

5. In total, $2,282,588.21 was distributed to Class Members.

Executed this 31st day of October 2019 in Minneapolis, Minnesota.

Christopher D. Amundson

Project Manager – Analytics LLC