| | |
|---|---|
| **From:** | Charles Field |
| **To:** | Matthew Paine |
| **Cc:** | David Sanford |
| **Subject:** | Re: Price v. Eaton Vance Corporation et al 1:18-cv-12098-WGY |
| **Date:** | Friday, November 22, 2019 4:57:03 PM |

Mr. Paine:

I am writing to see if you can correct what appears to be a mistake in the Order issued by Judge Young today in the above mentioned case in which the Court awarded Sanford Heisler Sharp $760,862.73 in fees. Based on our understanding of Judge Young's comments throughout the proceeding, we believe the correct amount, as outlined in our Memorandum in Support of Final Approval and Supplemental Memorandum, is $1,100,000 in fees and $12,411.79 in settlement costs.

The record will bear this out.  In the hearing for Preliminary Approval, Judge Young had indicated that he would not balk at an award of attorneys' fees equal to one-third of the settlement amount ($3.45 million) less administrative costs. Subsequently, all of our papers filed with the Court reflect this understanding.  In fact, at the Final Hearing Judge Young indicated that he was modifying the agreement, "not in terms of the amount, but in terms of the timing and this certification that payment has been made to the members . . . ."  Judge Young went on to praise the lawyers for operating as lawyers should, further stating that "the settlement is fair and reasonable . . . ."  As the Court knows, we fulfilled Judge Young's condition of filing the Certificate that payment have been made to members.

We would very much appreciate you looking into this and issuing a corrected Order.  I am happy to answer any questions you have or provide whatever information you need.  Thank you for your time.  Regards, Charles Field

# Charles Field

***SD Partner, bio***

***Financial Services Litigation Practice Group Co-Chair***

655 West Broadway, Suite 1700, San Diego, CA 92101

**DIRECT**: 619-577-4252 | **MAIN**: 619-577-4253



**New York**
**Washington, DC**
**San Francisco**
**San Diego**
**Nashville**
**Baltimore**

DISCLAIMER: This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.